**IT IS SO ORDERED.**

Dated: 07 October, 2009 02:48 PM

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

BK0903775
TJK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 09-16551 |
| Drusilla Jenkins | Chapter 7 |
| Debtor | Judge Baxter |
| | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT PROPERTY LOCATED AT (5033 GLENN LODGE ROAD, MENTOR, OH 44060)** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A.

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the

Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 5033 Glenn Lodge Road, Mentor, OH 44060.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2. The Trustee is authorized and directed to abandon such Collateral.

###

**SUBMITTED BY:**

/s/ Joel K Jensen, Case Attorney
Ohio Supreme Court #0029302
Romi T. Fox, Attorney
Ohio Supreme Court #0037l74
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100, ext. 3349
(513) 354-6464 fax
bkynoh@lsrlaw.com

Copies to:

Citifinancial Inc- Creditor
c/o Registered Agent, CT Corporation Systems, Inc.
1300 East Nineth Street, Suite 1010
Cleveland, OH 44114
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Lauren A. Helbling - Trustee
1370 Ontario Street #450
Cleveland, OH 44113-1744
lhelbling@epitrustee.com
VIA ELECTRONIC SERVICE

Donald L. Jenkins, Interested Party
5033 Glenn Lodge Road
Mentor, OH 44060
ORDINARY U.S. MAIL, POSTAGE PRE-PAID
Drusilla Jenkins - Debtor
5033 Glenn Lodge Road
Mentor, OH 44060
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Jamie C. Jenkins, Interested Party
5033 Glenn Lodge Road
Mentor, OH 44060
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Joel K Jensen, Esq. – Attorney for Movant
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Old Republic- Creditor
307 N Michigan Ave
15th Floor
Chicago, IL 60601
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

James W Westfall, Esq. - Attorney for Debtor
75 Public Square
Suite 914
Cleveland, OH 44113
eisenandwestfall@aol.com
VIA ELECTRONIC SERVICE